UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Southern District of Florida

In re:                                                  Case No.   08-12427-BKC-PGH
                                                        Chapter 7
KICKINGSTALLIONSIMS, GRLENNTYS C.


                        **Debtor**
_____/


### TRUSTEE'S FINAL REPORT

I, Michael R. Bakst, trustee of the estate of the above named Debtor(s), certify to the Court and the United States Trustee that I faithfully and properly fulfilled the duties of the trustee, administered all assets of the estate, examined all proofs of claims as appropriate and prepared the proposed Dividend Distribution Report.

1. I conducted the settlement of the estate, and all of the assets belonging to said estate have been converted into cash or otherwise disposed of under Order of this Court or by notice to creditors. A synopsis of the disposition of assets is attached hereto as Exhibit "A" (Form 1).

2. Attached hereto as Exhibit "B" (Form 2) is an itemized statement of the trustee's receipts and disbursements.

| | |
|---|---:|
| Total Receipts: | $ 2,053.55 |
| Total Disbursements: | $ 0.00 |
| Balance on Hand: | $ 2,053.55 |

3. I examined all claims filed as required and have prepared the proposed dividend distribution report attached as Exhibit "C".

4. I have submitted all of my bank statements and cancelled checks to the Office of the United States Trustee, reflecting all transactions as of the filing of this report.

5. I have notified all professionals employed by the trustee to file their respective fee applications as reflected on Exhibit "D" attached hereto.

6. All required tax returns have been filed and all taxes incurred by the estate have been paid or will be paid from assets of the estate.

(Rev. 02/01/00)                                         Page 1 of 2

Therefore, I request that the Trustee's Final Report be accepted.

I declare under penalty of perjury that this Trustee's Final Report and the accompanying documents are true and correct to the best of my knowledge and belief.

Dated: January 14, 2009                                /s/ Michael R. Bakst
                                                        Michael R. Bakst, Trustee

### REVIEW BY UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Report and the Proposed Dividend.

Trustee Commission

| Filed Amount | Maximum Allowable | Expenses |
|---|---|---|
| $513.39 | $513.39 | $19.75 |

Dated: 2/19/09

                                                        Donald F. Walton
                                                        United States Trustee
                                                        Region 21

                                                        By: /s/

Fee Applications:
CP#'s: 27

(Rev. 02/01/00)                    Page 2 of 2

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-12427 PGH  
**Case Name:** KICKINGSTALLIONSIMS, GRLENNTYS C.  
**Period Ending:** 12/30/08

**Trustee:** (290840)   Michael R. Bakst  
**Filed (f) or Converted (c):** 02/29/08 (f)  
**§341(a) Meeting Date:** 04/08/08  
**Claims Bar Date:** 08/13/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Homestead: 103 NE 18th Ave, Boynton Beach - Exempt FL 33438 | 130,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Summer Bay Resort Condominium- Timeshare Week (0) 52 in Condominium Unit No. 201106; Notice of Abandonment 9/11/08 (CP#26) | Unknown | 0.00 | OA | 0.00 | FA |
| 3 | Celebration World Resort- Timeshare Acc #08700015017; Notice of Abandonment 9/11/08 (CP#26) | Unknown | 0.00 | OA | 0.00 | FA |
| 4 | Commerce Bank ckg acc #**8019 - Exempt | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods & furnishings - Exempt | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel - Exempt | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | Watch - Exempt | 2.00 | 0.00 | DA | 0.00 | FA |
| 8 | Yamaha Scooter - Exempt | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2007 Tax Refund (u)<br>Total refund received was $2,052.00 after payment of tax preparation fee of- $63.00; electronic filing fee-$25.00 & bank fee - $35.00 | 0.00 | 2,052.00 | | 2,052.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.55 | Unknown |
| 10 | **Assets** Totals (Excluding unknown values) | **$131,252.00** | **$2,052.00** | | **$2,053.55** | **$0.00** |

Printed: 12/30/2008 10:50 AM    V.10.54

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-12427 PGH
**Case Name:** KICKINGSTALLIONSIMS, GRLENNTYS C.

**Trustee:** (290840)  Michael R. Bakst
**Filed (f) or Converted (c):** 02/29/08 (f)
**§341(a) Meeting Date:** 04/08/08
**Claims Bar Date:** 08/13/08

**Period Ending:** 12/30/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

CBD: 8/13/08; CLAIMS REVIEWED; NO OBJECTIONS NECESSARY.

TAX RETURN STATUS: NONE REQUIRED

CASE STATUS:  TRUSTEE IS TRYING TO LOCATE A REALTOR TO SELL THE TIME SHARES; TIME SHARES ABANDONED; ALL MONIES RECEIVED; READY FOR TFR

**Initial Projected Date Of Final Report (TFR):** March 31, 2009    **Current Projected Date Of Final Report (TFR):** March 31, 2009

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 08-12427 PGH | | Trustee: | Michael R. Bakst (290840) |
|---|---|---|---|---|
| Case Name: | KICKINGSTALLIONSIMS, GRLENNTYS C. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****55-65 - Money Market Account |
| Taxpayer ID #: | 13-7600323 | | Blanket Bond: | $3,034,000.00  (per case limit) |
| Period Ending: | 12/30/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/09/08 | {9} | WAL-MART MONEYGRAM M.O./ G. KICKINGSTALLIONSIMS | 2007 TAX REFUND | 1224-000 | 1,000.00 | | 1,000.00 |
| 05/09/08 | {9} | WAL-MART MONEYGRAM M.O./ G. KICKINGSTALLIONSIMS | 2007 TAX REFUND | 1224-000 | 1,000.00 | | 2,000.00 |
| 05/09/08 | {9} | WAL-MART MONEYGRAM M.O./ G. KICKINGSTALLIONSIMS | 2007 TAX REFUND | 1224-000 | 52.00 | | 2,052.00 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.15 | | 2,052.15 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.26 | | 2,052.41 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.26 | | 2,052.67 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.24 | | 2,052.91 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.26 | | 2,053.17 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.22 | | 2,053.39 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.16 | | 2,053.55 |
| | | | ACCOUNT TOTALS | | 2,053.55 | 0.00 | $2,053.55 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,053.55 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,053.55 | $0.00 | |

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-12427 PGH
**Case Name:** KICKINGSTALLIONSIMS, GRLENNTYS C.

**Taxpayer ID #:** 13-7600323
**Period Ending:** 12/30/08

**Trustee:** Michael R. Bakst (290840)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****55-65 - Money Market Account
**Blanket Bond:** $3,034,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****55-65 | 2,053.55 | 0.00 | 2,053.55 |
| **TOTAL - ALL ACCOUNTS** | **$2,053.55** | **$0.00** | **$2,053.55** |

Printed: 12/30/08 10:47 AM                                                                                                                                     Page: 1

# EXHIBIT "C" - Proposed Dividend Distribution

### Case:  08-12427    KICKINGSTALLIONSIMS, GRLENNTYS C.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $2,053.55 | **Total Proposed Payment:** | $2,053.55 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| A | Michael R. Bakst | Admin Ch. 7 | 513.39 | 513.39 | 0.00 | 513.39 | 513.39 | 1,540.16 |
|   | <2100-00   Trustee Compensation> | | | | | | | |
| B | Michael R. Bakst | Admin Ch. 7 | 19.75 | 19.75 | 0.00 | 19.75 | 19.75 | 1,520.41 |
|   | <2200-00   Trustee Expenses> | | | | | | | |
| **SUBTOTAL FOR   ADMIN CH. 7** | | | 533.14 | 533.14 | 0.00 | 533.14 | 533.14 | |
| 1 | Asset Acceptance | Unsecured | 4,897.58 | 4,897.58 | 0.00 | 4,897.58 | 414.04 | 1,106.37 |
| 2 | Roundup Funding, LLC | Unsecured | 669.09 | 669.09 | 0.00 | 669.09 | 56.56 | 1,049.81 |
| 3 | Chase Bank USA | Unsecured | 1,463.78 | 1,463.78 | 0.00 | 1,463.78 | 123.75 | 926.06 |
| 4 | LVNV Funding LLC | Unsecured | 10,954.10 | 10,954.10 | 0.00 | 10,954.10 | 926.06 | 0.00 |
| **SUBTOTAL FOR   UNSECURED** | | | 17,984.55 | 17,984.55 | 0.00 | 17,984.55 | 1,520.41 | |
| | **Total for Case 08-12427 :** | | **$18,517.69** | **$18,517.69** | **$0.00** | **$18,517.69** | **$2,053.55** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $533.14 | $533.14 | $0.00 | $533.14 | 100.000000% |
| **Total Unsecured Claims :** | $17,984.55 | $17,984.55 | $0.00 | $1,520.41 | 8.453979% |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Southern District of Florida

**In re:**

**KICKINGSTALLIONSIMS, GRLENNTYS C.**

**Case No.**   08-12427 PGH
**Chapter 7**

**Debtor**

_____/

**EXHIBIT "D"**

Statement of Trustee as to Notification of Professionals

The trustee is ready to close this estate and is in the process of preparing the Trustee's Final Report. Certain information is required from the professionals in order to properly prepare the Exhibit "C" to the Trustee's Final Report. In order for the trustee to propose a meaningful distribution to creditors the trustee must know how much the professional is requesting in fees and costs.

NO PROFESSIONALS HIRED IN THIS ESTATE

(Rev. 02/01/00)                            Page 1 of 1