CGFD6 (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 08–12427–PGH

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Grlenntys Cheif Kickingstallionsims
103 NE 16 Ave
Boynton Beach, FL 33435

SSN: xxx–xx–6864

## Notice of Filing of Trustee's Final Report of Estate and Proposed Dividends and Applications for Compensation and Setting Deadline for Objections

The trustee's final report of estate and proposed dividends in this case has been filed and reviewed by the Office of the United States Trustee. Pursuant to Local Rule 2002–1(C)(10), notice is hereby given that:

1. The report of the trustee shows total receipts of $2053.55 and total disbursements of $0.00. The balance on hand is $2053.55. The trustee's proposed distribution to creditors is reflected on **Exhibit C,** attached hereto.

2. If applicable, the attached Exhibit C of the Trustee's Final Report includes any fees and charges assessed against the estate and payable to the clerk under chapter 123 of title 28, in the amount of $0.00, and U.S. Trustee's quarterly fees if the case has converted from Chapter 11 to Chapter 7 in the amount of $0.00.

3. The following applications for compensation have been filed:

| | | *Pending Request* | | *Previously Awarded* | |
|---|---|---|---|---|---|
| CP# | Applicants and Type | Fees | Expenses | Fees | Expenses |
| 27 | Michael R Bakst, tr | $513.39 | $19.75 | $ | $ |

4. Pursuant to Local Rule 3009–1, objections to the final report or objections to applications for compensation must be filed with the Clerk, U.S. Bankruptcy Court,

Flagler Waterview Building
1515 N Flagler Dr, Room 801
West Palm Beach FL 33401

by **03/16/2009** . **If no objections are filed, the court will review the fee applications and rule upon them without a hearing.** (See 11 U.S.C. § 102(1)(B)).

**Dated:** 2/20/09

**CLERK OF COURT**
By: Lucie Fleurimond
Deputy Clerk   (561) 514–4100

The clerk shall serve a copy of this notice on all parties of record.

# CERTIFICATE OF NOTICE

```
District/off: 113C-9          User: fleurimon              Page 1 of 1                  Date Rcvd: Feb 20, 2009
Case: 08-12427                Form ID: CGFD6               Total Served: 27

The following entities were served by first class mail on Feb 22, 2009.
db           +Grlenntys Cheif Kickingstallionsims,   103 NE 16 Ave,   Boynton Beach, FL 33435-2644
smg           Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Ft Lauderdale, FL  32314-6668
smg          +Highlands County Tax Collector,   540 S Commerce Ave,   Sebring, FL 33870-3867
86129824     +AT&T Mobility,   PO Box 538695,   Atlanta, GA 30353-8695
86129821     +Allied Int,   PO Box 2455,   Chandler, AZ 85244-2455
86129823     +Asset Care,   PO Box 15379,   Wilmington, DE 19850-5379
86200973     +Barbara Paulson,   342 NE 3rd Ave #4,   Delray Beach, FL 33444-3859
86129825     +Bray & Lunsford, PA,   421 W. Church Street,   Jacksonville, FL 32202-4173
86279101     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
86129831     +CUI,   PO Box 1236,   Crystal River, FL 34423-1236
86129826     +Capital Management Systems,   726 Exchange Street, Ste. 700,   Buffalo, NY 14210-1464
86129827     +Celebration World Resort,   7503 Atlantis Way,   Kissimmee, FL 34747-2602
86129828      Chase,   PO Box 15153,   Wilmington, DE 19886-1194
86129829     +Concord Servicing Corporation,   PO Box 150,   Scottsdale, AZ 85252-0106
86129830     +Crawford Associates, Inc.,   PO Box 3078,   Sarasota, FL 34230-3078
86129832     +Delray Mazda,   2001 S. Federal Highway,   Delray Beach, FL 33483-3396
86129833     +Enhanced Recovery Corp.,   PO Box 1967,   Southgate, MI 48195-0967
86129834     +Focus Financial Service,   500 Gulfstream Boulevard,   Delray Beach, FL 33483-6144
86129835     +Homecoming Financial,   2711 N. Haskell Avenue SW 1,   Dallas, TX 75204-2911
86129837     +NCO Financial,   PO Box 15630,   Dept 99,   Wilmington, DE 19850-5630
86129838     +Paul M. Caldwell, PA,   PO Box 120069,   Clermont, FL 34712-0069
86129839     +Summer Bay Partnership,   c/o Paul M. Caldwell, PA,   PO Box 120069,   Clermont, FL 34712-0069
86129840     +WFFinancial Acceptance,   1 International Plaza,   Philadelphia, PA 19113-1510

The following entities were served by electronic transmission on Feb 21, 2009.
86129822     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                          Asset Acceptance,
               PO Box 2036,   Warren, MI 48090-2036
86359546      E-mail/Text: resurgentbknotifications@resurgent.com                  LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
86129836     +E-mail/Text: ebn@phinsolutions.com                                   Law Office of Mitchell Kay,
               PO Box 9006,   Smithtown, NY 11787-9006
86258423      E-mail/PDF: BNCEmails@blinellc.com Feb 21 2009 05:03:51     Roundup Funding, LLC,  MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 22, 2009**                              **Signature:**    _Joseph Speetjens_